# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2026

Lyle W. Cayce
Clerk

No. 25-50807

Jodie Collins, III,

*Plaintiff—Appellant*,

*versus*

Chase Bank, N.A.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-89

Before Duncan, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Appellant fails to present any nonfrivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.